11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 



Texas Medical Liability
Trust

Appellant

Vs.      
            No. 11-00-00409-CV  -- 
Appeal from Taylor County

Roland O.
Wolf, M.D.; Kathryn
Richburg; and Doug Richburg

Appellees

 

Appellant
has filed in this court a motion to dismiss the appeal.  The motion states, AAppellant does not wish to prosecute this
appeal because Appellees have reached an agreement to settle and compromise
their differences@ in a
related case.  The motion is
granted.  See TEX.R.APP.P. 42.1.  

The appeal
is dismissed.  

 

PER CURIAM

 

November 15, 2001

Do not publish.  See
TEX.R.APP.P. 47.3(b).

Panel consists of:  Arnot, C.J., and 

Wright, J., and McCall, J.